UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**S.P.,**

    *Plaintiff*,

v.                             Case No. SA-21-CV-0388-JKP-RBF

**NORTHEAST INDEPENDENT**
**SCHOOL DISTRICT,**

    *Defendant*.

## FINAL JUDGMENT

The Court has considered the issues presented in this action and rendered its decision. For the reasons stated in the Memorandum Opinion and Order issued contemporaneously with this Final Judgment, the Court **DISMISSES** this action with prejudice under Fed. R. Civ. P. 12(b)(6) for Plaintiff's failure to state a claim upon which relief can be granted.

**SIGNED this 30th day of July 2021.**

_____
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**